THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest of Darcel G., A Minor Under The Age of Seventeen,       
Appellant.
 
 
 

Appeal From Darlington County
Jamie Lee Murdock, Jr., Family Court 
 Judge

Unpublished Opinion No. 2004-UP-212
Submitted January 29, 2004  Filed March 
 25, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor C. Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:   Darcel G., a juvenile, appeals 
 the sentence she received following her guilty plea to charges for assault and 
 battery of high and aggravated nature (ABHAN).  Darcel G.s appellate counsel 
 has petitioned to be relieved as counsel, stating she has reviewed the record 
 and has concluded Darcel G.s appeal is without merit.  The sole issue briefed 
 by counsel argues that the family court abused its discretion during sentencing.  
 Darcel G. did not file a separate pro se response brief.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.